AO 91 (Rev. 5/85) Criminal Complaint  AUSA POWELL / SA DIEDRICK

# United States District Court

FILED by _AH_ D.C.
MAR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JEAN GUERIN

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4053-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 9, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant did by threats of force endeavor to obstruct or impede the due administration of the internal revenue laws by stating that he would blow up the IRS Building and hurt people because IRS Customer Service Representative Nicoletta Marchiano refused to disclose confidential income tax information concerning a third party,

in violation of Title __26__ United States Code, Section(s) __7212(a)__

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
  Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_Will B. Ried_
Signature of Complainant
WILLIAM BRICE DIEDRICK, JR., Special Agent
U.S. Department of the Treasury

Sworn to before me, and subscribed in my presence,

__March 14, 2000__                         at __Fort Lauderdale, Florida__
Date                                            City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE                _Barry Seltzer_
Name and Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

I, William Brice Diedrick, Jr., duly sworn, depose and state,

1. I am a Special Agent with the Treasury Inspector General for Tax Administration (TIGTA) and have been employed by the Government of the United States for the past nine(9) years. I am currently assigned to the Office of Investigations in Miami, Florida. My duties as a Special Agent include the investigation of assaults and threats made against Internal Revenue Service Employees.

2. The purpose of this affidavit is to set forth the probable cause to arrest Jean Guerin for violating Title 26, U.S.C. Section 7212(a) who by threats of force endeavored to obstruct or impede the due ^with administration of the internal revenue laws by stating that he would blow up the IRS Building and hurt people on March 9, 2000.

3. On March 9, 2000, I was advised by Ms. Nicoletta Marchiano, Customer Service Representative, Internal Revenue Service (IRS), Jacksonville, Florida, that she had been telephonically contacted by taxpayer Jean Guerin earlier in the day. Marchiano reported that Guerin contacted her with the intention of finding out federal income tax information concerning his son, Thierry Guerin, 2148 Northeast 57th Street, Fort Lauderdale, Florida, Social Security Number(SSN), 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.

Marchiano reported that she told Jean Guerin that it was a violation of federal law to disclose tax information to an individual other than the actual taxpayer making the request. Marchiano reported that when she informed Guerin of this law he became very angry and irate. Marchiano reported that Guerin stated that he hates the IRS (stated three times) and further stated that he "will blow up the building and hurt people". Marchiano advised that she attempted to calm down Guerin, at which time he stated that he was sorry, but he had "to blow up the IRS and hurt people".

4.   On March 9, 2000, Special Agent Andrea Carbonell conducted a review of the IRS Integrated Data Retrieval System (IDRS), which confirmed that Jean Guerin currently resides at 2148 Northeast 57th street, Fort Lauderdale, Florida. The review further disclosed that Guerin's date of birth is January 21, 1939, and that his SSN is 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.

5.   On March 9, 2000, I contacted Jean Guerin by telephone at telephone number 954-771-7249. During our conversation I informed Guerin that I am a Special Agent with TIGTA and told him that I am conducting an investigation regarding his threat to blow up the IRS building. During our conversation Guerin admitted that he previously said that he was going to blow up the IRS building, and he reiterated that he intends to do so. Guerin became very irate during this conversation, and told me to be ready for his actions.

6.  On March 10, 2000, Special Agent Carbonell conducted a monitored telephone call to Jean Guerin. During the conversation Guerin again admitted that he previously threatened to blow up the IRS building, and stated that he made this statement because he "lost full control of" himself, and because he "was crazy".

7.  In light of the above-stated facts and circumstances, your affiant submits there is probable cause to believe that JEAN GUERIN has by threats of force endeavored to obstruct or impede the due administration of the internal revenue laws in violation of Title 26, United States Code, Section 7212(a).

AFFIANT FURTHER SAYETH NAUGHT.

WILLIAM BRICE DIEDRICK
SPECIAL AGENT, Treasury Inspector
General for Tax Administration

Sworn and subscribed before me this
_____ Day of March, 2000, at
Fort Lauderdale, Florida.

Barry S. Seltzer
United States Magistrate Judge

3