# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JEAN GUERIN

## WARRANT FOR ARREST

CASE NUMBER: OO-4053-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___JEAN GUERIN___

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| |Indictment | | |Information |X |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

**charging him or her with** (brief description of offense)
**BOMB THREAT TO THE IRS**
in violation of Title _26_ United States Code, Section(s) __7212(a)__

**Barry S. Seltzer**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

Signature of Issuing Officer

March 14, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $ Pretrial Detention

by **UNITED STATES MAGISTRATE JUDGE**
Barry S. Seltzer
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest



DEFENDANT'S NAME: JEAN GUERIN

ALIAS: _____

LAST KNOWN RESIDENCE: 2148 NE 57TH ST., FT. LDLE, FL

LAST KNOWN EMPLOYMENT: RETIRED

PLACE OF BIRTH: FRANCE

DATE OF BIRTH: 1/21/39

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 8"     WEIGHT: 165

SEX: M     RACE: W

HAIR: GREY     EYES: BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: N/A

FBI NUMBER: 696409EB8

COMPLETE DESCRIPTION OF AUTO: 1993 OLDSMOBILE, 4 DOOR VIN # 1G3AG54N2P6361577

INVESTIGATIVE AGENCY AND ADDRESS: US DEPT. OF THE TREASURY, TIGTA, 51 SW 1ST AVE., MIAMI, FL 33130

Phone- 305-982-5190