| | | | |
|---|---|---|---|
| DEFT: | Jean Guerin (J)# | CASE NO: | 00-4053-BSS |
| AUSA: | Roger Powell *present* | ATTNY: | Pat Hunt |
| AGENT: | | VIOL: | 26:7213 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/**no**   COUNSEL APPOINTED: APD

___ BOND SET @ ___

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
MAR 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
    ___ Electronic Monitoring

△ - advised of charges
(△ - hysterical in court)
Ct. will recess until 1:45 pm

Joint motion for psych evaluation. Ct. finds good cause to continue PTD hearing until results of psych evaluation.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL X
STATUS CONFERENCE psych eval.   4-10-00   11:00am   BSS

DATE: 3-15-00   TIME: 11:00am - 12:15pm   TAPE # 00-020   PG # 3

will resume 1:45
00-020
620 — 1200
? 1200 — 1500 wh