UNITED STATES DISTRICT COURT
Southern District of Florida

FILED MAR 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55270-004

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR 00-4053-BSS
           ) REPORT COMMENCING CRIMINAL
 -vs-           )     ACTION
           )
Jean GUERIN
   Defendant

*************************************************

TO: Clerk's Office   **MIAMI**   FT. LAUDERDALE   W. PALM BEACH
  U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3/15/00   9:30   (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Title 26 USC 7212(a)

(4) U.S. Citizen   [ ] Yes   [ ] No   [X] Unknown

(5) Date of Birth: 1/21/39

(6) Type of Charging Document: (check one)
  [ ] Indictment   [X] Complaint   To be filed/Already filed
  Case# 00-4053-BSS

  [ ] Bench Warrant for Failure to Appear
  [ ] Probation Violation Warrant
  [ ] Parole Violation Warrant

  Originating District: Southern District of Florida

  COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____