AO 442 (Rev. 12/85) Warrant for Arrest    AUSA POWELL/ S/A WILLIAM DIEDRICH   TIGTA   459668

-cr-06189-WPD    Document 6    Entered on FLSD Docket 03/17/2000    P

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JEAN GUERIN

## WARRANT FOR ARREST

CASE NUMBER: $00-4053-BSS$

**TO:** **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JEAN GUERIN__
                                                         Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| Indictment | | Information | X | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

**charging him or her with** (brief description of offense)
**BOMB THREAT TO THE IRS**
in violation of Title __26__ United States Code, Section(s) __7212(a)__

**Barry S. Seltzer**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

March 14, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $ Pretrial Detention

Barry S. Seltzer
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

00 MAR 17 AM 9:09

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/14/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 3/15/2000 | FOR:  IRS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest



DEFENDANT'S NAME: JEAN GUERIN

ALIAS: _____

LAST KNOWN RESIDENCE: 2148 NE 57TH ST., FT. LDLE, FL

LAST KNOWN EMPLOYMENT: RETIRED

PLACE OF BIRTH: FRANCE

DATE OF BIRTH: 1/21/39

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 8"    WEIGHT: 165

SEX: M    RACE: W

HAIR: GREY    EYES: BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: N/A

FBI NUMBER: 696409EB8

COMPLETE DESCRIPTION OF AUTO: 1993 OLDSMOBILE, 4 DOOR VIN # 1G3AG54N2P6361577

INVESTIGATIVE AGENCY AND ADDRESS: US DEPT. OF THE TREASURY, TIGTA, 51 SW 1ST AVE., MIAMI, FL 33130

Phone- 305-982-5190