UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  00-4053-SELTZER

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEAN GUERIN,

       Defendant.
_____ /



## ORDER FOR PSYCHOLOGICAL EVALUATION

THIS MATTER has come before the Court upon the Defendant's arrest on a complaint alleging a violation of 26 U.S.C. § 7212. The parties have agreed that the defendant needs to undergo psychiatric evaluation to determine his competency and sanity at the time of the offense, and the parties have jointly moved the Court to order the BOP to perform such an evaluation. The defendant currently being incarcerated at the Federal Detention Center in Miami, Florida, it is hereby

**ORDERED AND ADJUDGED**:

1.    The motion for psychiatric examination is GRANTED.

2.    The Federal Detention Center, Miami, Florida is hereby DIRECTED to conduct a full psychiatric examination of the defendant Jean Guerin, Reg. No. 55240-004, by April 17, 2000.

1



3.      The examination shall address the defendant's sanity at the time of the offense (pursuant to 18 U.S.C. § 4242) and his present competence to stand trial (pursuant to 18 U.S.C. § 4241).

4.      The examiner designated by FDC Miami to conduct the examination shall prepare a report pursuant to 18 U.S.C. § 4247(c) (including the findings required therein), and shall submit the report to the Court, with copies to Assistant United States Attorney Roger Powell and Assistant Federal Public Defender Patrick M. Hunt.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 16th day of March, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Patrick M. Hunt, AFPD
Roger Powell, AUSA
Monica Wetzel, Warden, Federal Detention Center, Miami, Florida (certified)
Rick De Aguiar, Esq., Legal Dept., Federal Detention Center, Miami, Florida (certified)

2