UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4053-M

UNITED STATES OF AMERICA,

vs.

JEAN M. GUERIN,

       Defendant.
_____/

FILED by _____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL
00 APR 4 PM 4:15

### NOTICE OF FILING

    The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

    DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of April 2000.

2000.

                                     BARRY S. SELTZER
                                     United States Magistrate Judge

Copies to:

United States Attorney's Office

Patrick Hunt, Esquire
Assistant United States Attorney
Attorney for Defendant



U.S. Department of Justice

Federal Bureau of Prisons

*Washington, DC 20534*

March 22, 2000

The Honorable Barry S. Seltzer
U.S. District Court Magistrate Judge
Southern District of Florida
U.S. Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**Re: Guerin, Jean M.**
    **Reg. No. 55240-004**
    **Doc. No. 00-4053-SELTZER**

Dear Judge Seltzer:

This is in response to your order that Mr. Jean M. Guerin be designated to the Federal Detention Center (FDC), Miami, Florida, for a study under Title 18, U.S. Code 4242.

The purpose of my letter is to notify the Court that Mr. Guerin was designated to the Federal Correctional Institution (FCI), Butner, North Carolina, for this examination. The forensic psychologist at FDC Miami was recently promoted to Chief Psychologist and will be transferring in the near future. In order to avoid a delay in completing this examination, FCI Butner was chosen as an alternative.

I trust this is responsive to your recommendation. If we may be of further assistance, please let us know.

Sincerely,

*[signature]*

CAPT. Newton E. Kendig
Medical Director

**U.S. Department of Justice**
Federal Bureau of Prisons

320 First St., N.W.
Washington, DC 20534

The Honorable Barry S. Seltzer
U.S. District Court Magistrate Judge
Southern District of Florida
U.S. Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301