| | | | |
|---|---|---|---|
| DEFT: | Jean Guerin (deft not present) | CASE NO: | 00-4053-BSS |
| AUSA: | Roger Powell /rec/ | ATTNY: | FPD Darryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status re Medical Exam | BOND REC: | |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

____ BOND SET @

FILED by _____ D.C.
APR 1 0 2000
CLARENCE MADDOX
C ERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

– Will go to Butner for more testing FPD to contact Butner re tests & contact Ct to set down status

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 4-10-00   TIME: 11:00am   TAPE # 00-023   PG # 6
880-974