| | | | |
|---|---|---|---|
| DEFT: | Jean Guerin (not requested) | CASE NO: | 00-4053-BSS |
| AUSA: | Roger Powell / Nicholson | ATTNY: | FPD: Pat Hunt Present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status re medical evaluation | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by D.G.
MAY 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Ct- will do Order to return deft - unless further tests need to be done. FPD to fax order

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 5-16-00   TIME: 11:00am   TAPE # 00-640 PG # 3
3250 - 3452

13A