UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4053-BSS

UNITED STATES OF AMERICA,

vs.

JEAN GUERIN,

    Defendant.
_____/

## NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of May 2000.

                BARRY S. SELTZER
                United States Magistrate Judge

Copies to:

Robert Berube, Esquire
Assistant Public Defender's Office
Attorney for Defendant

United States Attorney's Office





**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

P.O. Box 1000
Butner, North Carolina 27509-1000

May 1, 2000

The Honorable Barry S. Seltzer
United States District Court
299 East Broward Street
Fort Lauderdale, Florida 33301

RE: GUERIN, Jean
    REGISTER NUMBER: 55240-004
    DOCKET NUMBER: 00-4053-SELTZER

Dear Judge Seltzer:

The above-referenced individual was admitted to the Mental Health Division of this facility on April 7, 2000, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4242.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Guerin, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request that the evaluation period begin on the date of arrival and be extended for an additional 30 days. If this request is granted, the evaluation period will end on June 20, 2000. My staff will attempt to complete the evaluation as soon as possible and will notify the U.S. Marshal Service and the Clerk of Court when the evaluation is completed. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-2003 and (919) 575-2017 to the attention of Sheila R. Mattingly, Inmate Systems Manager and send a certified copy to the Records Office at FCI Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

Stephen M. Dewalt
Warden

SMD/JDK:kw