UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4053-SELTZER



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN GUERIN,

    Defendant.
_____/

### AMENDED ORDER FOR PSYCHOLOGICAL EVALUATION

THIS MATTER is before the Court upon a request from the Federal Correctional Institution at Butner, North Carolina that the forty-five (45) day time period for completion of the above named defendant's psychological evaluation commence on defendant's arrival date at that institution, April 7, 2000, thereby extending the completion date for the report to May 22, 2000. This Court having reviewed the record and being otherwise fully advised, and noting that there is no objection from either party to this request, it is hereby

**ORDERED AND ADJUDGED** that the above referenced request is **GRANTED**. The Federal Correctional Institution at Butner, North Carolina is hereby DIRECTED to complete the previously ordered evaluation of the defendant Jean Guerin within forty-five (45) days of his arrival at that institution on April 7, 2000. The examiner designated by FCI Butner to conduct the examination shall prepare a report pursuant to 18 U.S.C. § 4247(c) (including the findings



required therein), and shall submit the report to the Court, with copies to Assistant United States Attorney Roger Powell and Assistant Federal Public Defender Patrick M. Hunt. The report is to be completed no later than May 22, 2000. Upon completion of the evaluation, the defendant shall be returned to the Southern District of Florida without delay. All other aspects of this Court's previous order remain the same.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this \_17th\_ day of May, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Patrick M. Hunt, AFPD
Roger Powell, AUSA
Stephen Dewalt, Warden, FCI-Butner
Sheila Mattingly, Inmate Systems Manager, FCI-Butner