FILED by _____
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4053-BSS

FILED by ___ D.C.
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

JEAN MAURICE GUERIN

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: JUNE 9, 2000    _____
                        Defendant

### MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within ten (10) days from the defendant's initial appearance has stated he refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, ~~and the defendant is bound over for proceedings in the U. S. District Court~~. B55 matter is re-set to July 7, 2000

DATED: JUNE 9, 2000    _____
                        BARRY S. SELTZER
                        UNITED STATES MAGISTRATE JUDGE