CASE NO: 00-4053 ~~00-4125~~-BSS

DEFT: Jean Guerin (J)#
AUSA: Roger Powell by Lynn Rosenthal
ATTNY: FPD: Pat Hunt
AGENT:
VIOL:
PROCEEDING: Bond Hearing/Status re Indictment
BOND REC:
BOND HEARING HELD - yes/no
COUNSEL APPOINTED:

FILED by _____ D.C.
JUN 9 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

✓ BOND SET @ 50,000.00 - Personal Surety
CO-SIGNATURES: Wife

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) Halfway House
Electronic Monitoring

- Defendant released.

Waiver of Preliminary hearing signed.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
(PRELIM/ARRAIGN.) OR REMOVAL: July 7, 2000 @ 11:00 a.m.
STATUS CONFERENCE:

DATE: 6-9-00   TIME: 11:00am   TAPE # 00-048   PG #