PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
JUN 26 2000
L. RENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs. JEAN GUERIN                             Docket No. 00-4053-SELTZER

Petition for Action on Conditions of Pretrial Release

       COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JEAN GUERIN, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD, on JUNE 9, 2000, under the following conditions:

Report to PTS as directed, no law violations, appear in court as directed, random drug testing/treatment, surrender passport, maintain current residence, no contact with IRS, no illegal drug use or alcohol to excess, mental health treatment as deemed appropriate.

       Respectfully presenting petition for action of Court and for cause as follows:
       (if short insert here; if lengthy write on separate sheet and attach)

The bond order issued in case 00-4053-Seltzer does not reflect mental health counseling as a special condition of bond.

PRAYING THE COURT WILL ORDER: That the defendant participate in any mental health counseling deemed appropriate by Pretrial Services.

ORDER OF COURT

Considered and ordered this 26th day of June, 2000 and ordered filed and made a part of the records in the above case.

Hon. Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

James T. Jamros
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, FL.

Date: June 26, 2000