RWP
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6189-CR-DIMITROULEAS

26 U.S.C. § 7212(a)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEAN MAURICE GUERIN,

        Defendant.
_____/

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

    On or about March 9, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

        JEAN MAURICE GUERIN,

knowingly by threats of force endeavored to obstruct and impede the due administration of the Internal Revenue laws by stating that he would blow up the Internal Revenue Service Building and hurt people because a Customer Service Representative refused to disclose confidential income tax information concerning a third party,



in violation of Title 26, United States Code, Section 7212(a).

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __JEAN MAURICE GUERIN_____  No.:_____

**Count #:1**
Obstruction of Internal Revenue Officer

Title 26, United States Code, Section 7212(a)

*Max. Penalty: 1 Year Imprisonment; and a $100,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

JEAN MAURICE GUERIN

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)     Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take ___1___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | _X_ |
   | IV | 21 to 60 days | ___ | Felony | ___ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _YES_
   If yes:
   Magistrate Case No. _00-4053-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _3/15/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

*(signature)*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 341411

*Penalty Sheet(s) attached                                              REV.4/7/99