COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER FORT LAUDERDALE

| | |
|---|---|
| DEFT: Jean Guerin (B) | CASE NO: 00-6189-CR-Dimitrouleas ~~00-4053-BSS~~ |
| AUSA: Roger Powell *Jeff Kay* | ATTNY: FPD: Pat Hunt *present* |
| AGENT: | VIOL: |
| PROCEEDING: ~~Prelim~~/Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | |

FILED by ___ D.C.
JUL 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

△ – Waives indictment

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | N/A | | |
| DATE: 7-7-00 | TIME: 11:00am | TAPE # 00-054 2935-3100 | PG # 6 |