RECEIVED & FILED IN OPEN COURT
ON _7-7-00_ AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEAN MAURICE GUERIN

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6189-Cr-WPD

I, JEAN MAURICE GUERIN, the above named defendant, who is accused of OBSTRUCTION OF INTERNAL REVENUE OFFICER, in violation of Title 26, United States Code, Section 7212(a), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __7/7/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JEAN MAURICE GUERIN
Defendant.

_____
PATRICK HUNT
Counsel for Defendant

Before _____ -7/7/00
UNITED STATES MAGISTRATE JUDGE