**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JEAN GUERIN (B) | CASE NO: | 00-6189-CR-DIMITROULEAS |
| AUSA: | ROGER POWELL | ATTY: | PATRICK HUNT, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | CHANGE OF PLEA / SENTENCING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by ___ D.C. — AUG 1 5 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Handwritten notes:
- Defendant pleas guilty to Count 1.
- Court accepts change of Plea and Plea Agreement.
- Defendant sentenced to 2 years Probation.
- Special Condition: Deft to continue Counseling and medication as directed by Probation.
- $25.00 Special Assessment.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8-15-00     TIME: 11:30     FTL/LSS TAPE # 00 - 041     Begin: 1319     End: 2201

