AO 245 S (Rev. 3/95) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JEAN GUERIN | CASE NUMBER: 00-6189-CR-Dimitrouleas (SNOW) |
| **THE DEFENDANT:** | AFPD Patrick Hunt — Defendant's Attorney |
| | AUSA Roger Powell |

[x] pleaded guilty to count(s) ___ One (1) ___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26:7212(a) | Obstruction of the IRS by Bomb Threat | March 9, 2000 | 1 |

FILED by _____ D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RECEIVED
2000 AUG 23 AM 9: 00
UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: January 21, 1939
Defendant's USM No.: 55240-004
Defendant's Residence Address:
2148 NE 27th Street
Ft. Lauderdale, FL 33308

Defendant's Mailing Address:

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/21/00

August 15, 2000
Date of Imposition of Judgment

_Lurana S. Snow_ (signature)
Signature of Judicial Officer

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

August 18, 2000
Date

'00 AUG 29 A9:19

No further action required by
the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Purchase SDUSM