UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6189-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,      :

       Plaintiff,              :

v.                             :

JEAN GUERIN,                   :

       Defendant.              :
_____



### O R D E R

THIS CAUSE is before the Court on the defendant's pro se application for international travel submitted to the United States Probation Office. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the application is GRANTED. The defendant is permitted to travel to France from December 17, 2001 through January 3, 2002.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of December, 2001.

                                        /s/ Lurana S. Snow
                                  LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Patrick Hunt (FTL)
Deputy Chief Raymond Mineau, Probation (MIA)



PROB 12A  SD/FL PACTS No. 63157
(SD/FL 9/96)

## UNITED STATES DISTRICT COURT

for

SOUTHERN DISTRICT OF FLORIDA

**Report on Offender Under Supervision**

Name of Offender: GUERIN, Jean           Case Number: 00-6189-CR-
                                                      Dimitrouleas (Snow)

Name of Sentencing Judicial Officer: The Honorable Lurana S. Snow, Magistrate Judge
                                     United States District Court, Ft. Lauderdale, Florida

Date of Original Sentence: August 15, 2000

Original Offense:    Obstruction of the IRS by Bomb Threat, in violation of Title 26 U.S.C. § 7212(a)

Original Sentence:   Two (2) years Probation with special conditions to include participation in
                     mental health treatment and a $25.00 special assessment.

Type of Supervision: Probation           Date Supervision Commenced: August 15, 2000

---

Mr. Guerin has requested the permission of the United States Probation Office to travel to France on December 17, 2001 through January 3, 2002, for the purpose of a vacation, to spend the holidays with his relatives. The Consulate in France has been contacted by this officer and verbal permission has been granted by Deputy Police Attache' Thomas Erhardy, that Mr. Guerin may travel into the country with no restrictions.

**U.S. Probation Officer Recommendation:** It is the recommendation of the United States Probation Office that the Court authorize permission for one time travel for Mr. Guerin's travel to France, from December 17, 2001 through January 3, 2002. International travel requires the Court's approval.

Respectfully submitted,

by    *[signature]*
      Patricia Brinson
      U.S. Probation Officer
      Phone: 954-769-5511
      Date: December 5, 2001

## APPLICATION FOR TRAVEL

NAME: Jean Guerin

ADDRESS (INCL. ZIP CODE): 2148 NE. 57th Street Fort Lauderdale FL 33

I hereby request permission to travel to: France
(City/County/State)

I will be leaving on 12/17/01, and returning 01/03/02
(Date)                                    (Date)

I will be staying at: See ATTACH
(Name of hotel, address, other pertinent information)

The purpose of the trip: Visit Family Members

COMPANIONS
NAME(S)          ADDRESS          RELATIONSHIP
———              ———              ———
———              ———              ———
———              ———              ———

Means of transportation: (vehicle description and tag number; airline/airport, flight numbers/times, etc.)

Air France - AF95 leaving Miami at 5:45 PM
Return " " - AF98 " Paris at 4:40 PM
Arriving in Miami at 8:55 PM

**AGREEMENT**

I agree to furnish prior to and/or upon my return, a resume of my itinerary, including temporary residence, personal contacts, and any other information requested by my probation officer. I acknowledge that failure to comply with the above can result in the denial of future travel requests or revocation proceedings.

_____          11/15/01
Applicant's Signature                    Date

{ Mr Guy CHAVeneau
{ Mrs Françoise CHAVeneau
Moulin du Roy
Poitiers (86) FRANCE
Tel: 05.49-57-89-07

---

Mrs Annie FURET AND (Sister)
Mrs Christine LARRUE (niece)
22 Rue du Poète
Merignac - Bordeaux (
Tel: 05 56-12-26-06   FRANCE